Case 1:12-cv-11367-PBS   Document 8   Filed 11/06/12   Page 1 of 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Billy Nichols
           Plaintiff

           V.

Midland Credit Management, Inc, et al
           Defendant

CIVIL ACTION

NO.  12-cv-11367-PBS

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D. J.

The Court having been advised on  11/5/2012  that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

November 6, 2012          /s/ Jennifer Anderson
     Date                       Deputy Clerk

(30 day Dismissal Settlement.wpd - 12/98)